# 12-471

*To Be Argued By:*
KRISHNA R. PATEL

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

**Docket No. 12-471**

UNITED STATES OF AMERICA,

*Appellee,*

-vs-

LAURA CULVER,

*Defendant-Appellant.*

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF CONNECTICUT

**GOVERNMENT APPENDIX**

DAVID B. FEIN
*United States Attorney*
*District of Connecticut*

KRISHNA R. PATEL
*Assistant United States Attorney*
SANDRA S. GLOVER
*Assistant United States Attorney (of counsel)*

GOVERNMENT'S APPENDIX
TABLE OF CONTENTS

Handwritten Sworn Statement, dated October 3, 2008 . . . . . . . . . . . . . . . . . . . . . . . GA1

Handwritten Statement, dated October 3, 2008 . . . . . . . . . . . . . . . . . . . . . . . . . . . . GA3

Oct 3, 2000 [signature]

Ed Sensi would come to my home in Fairfield, CT over a 3-4 month period. We were friends from work and had developed a personal relationship as I was told we that he was a single parent as well. I would not say we dated, but we would go out on short trips with my ▓▓▓ and with his son ▓▓▓.

One night he came over to dinner which I prepared. I was drinking wine, he drank some as well. Later he asked me if I was 'feeling better'. Asking why he said that he had given me 'something' to make me feel better. I do not recall alot after that other than very short kissing, touching both to me and to ▓▓▓ and some oral as well. I do vaguely remember him urgerging me on to kiss my ▓▓▓. I think I did. I sort of recall a camera — I remember a small brown bag and a small brown camera. I do not remember a tripod — there may have been one. Basically the entire night is a total blur and I fully believe I had been drugged. Next day I felt like death.

To the best of my memory this only occured once. ~~As I can we remyr~~. We did have dinner together a few times after and he would want to film ▓▓▓ modeling, but in my mind, which was coming clear and out of his influence, I terminated all personal contact soon after this evening. We continued to work together and obviously stayed in contact, ~~but after it~~

**GA1**

I have read (or have had read to me) the foregoing statement, consisting of ___1___ pages. I affirm that the answers attributed to me herein are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my questioning by the above named officer of the Bureau of Immigration & Customs Enforcement. I have initialed each page of this statement (and the corrections noted on page(s) ___1___ ).

Signature of respondent: _____

Subscribed and sworn to me at: 104 Hidden Lakes Drive, Gray, GA

on 10/3/08

_____ (Signature of ICE Officer)   _____ ICE/Ft. Pierce (Signature of Witness)

**Record of Sworn Statement**

1/5

3 October 2008

I met Ed Sensi when he joined Tauck as a Product Manager sometime in 2000. I had started in 1999, having moved to the position from Seattle in Sept 1999. I am a divorced mother, I was divorced when my ███████████ was 2 however ███ father left when ██ was under a year. Ed ignored me at first as I did him as a lot of other women were fawning over how wonderful and good looking he was. About 6 months or so after he joined the company, I think early spring 2001 there was a company picnic and we started talking, mainly about being single parents as he told me he was divorced as well.

He asked if ██████ and I wanted to join he and ████████ to do things like go to the beach, the park etc. and we did a few times. I believe at that time ██████ lived in Florida, I was told with his mother.

Ed and I started having dinner together at my home in Fairfield. I would cook. We would drink wine and Ed would sing opera. I really like all his attention, he would bring wine, flowers and give me money. Only a 20 or 60 or so but always gave me money. I started believing that this could be a real relationship the first for me since my husband left in 1993. I would say I feel in love but I am not sure what that is, I would say more that I felt like I had someone to lean on, someone I could trust to be there and to take care of me and of ███████████. ██ is my life

GA31

45

and I had been stressed and working very hard to take care of ▒ property. Ed came across telling me he wanted to buy a house, take care of us.

One evening he came he started talking about sex. Till then, and it had been maybe a month there was nothing, no physical contact. We started drinking wine and he started telling me that in Italy, families play together - sexually. For a long while, probably a month I would just change the subject. Ed started buying ▒ presents, a game boy, a bicycle. Ed started telling me that we could be together as a family, as a loving family and that sex with all the members was normal. That he was teacher. I got wrapped up and I must say just fell under a spell. My life has been all about my ▒ since the day ▒ was born. I do everything for ▒ and Ed convinced me that having this type of relationship was right and normal. I guess I fell for that and fell for him. I was happy for once. I had a man that said he loved me and would be there for us, both emotionally and financially.

One night mid ~~1991~~ (h) 2001 Ed came over, we played connect 4, I cooked and drank wine. Ed got very physical - hugs kisses with us both. Later he asked me if I felt better and he told me he had put something in my wine. ~~I felt better &~~ I don't remember how I felt to be honest but vaguely remember moving into the bedroom

GA4

-3/5

I remember a camera - Ed had always brought a video camera with him and had previously filmed ▨ riding ▨ bike and at the beach and as I did not have a camera I wanted these.

This evening is honestly the only one of its type I recall. I remember kissing, finger fondling but there was not any intercourse that night that I recall. It was lovingly orchestrated by Ed. He over and over told me this was right and the right thing to do. I remember wearing a pareau wrap and wanting to make him happy.

The rest is a blur - I let him fondle ▨▨▨▨ I let him do things that I knew were wrong, always justifying by drinking more wine and putting it out of my mind. He brought me more money - we took a trip to Rhode Island for one night sometime late 2001.

Ed lead me down a fantasy path and it all seemed ok - he made me believe it was and took away doubts with presents and telling me it was normal.

Ed liked porn - I dislike porn - he always wanted to watch it and that became a sore point.

As for the movies - I remember him filming and such but I never recall actually seeing them - I must have but he would always tell me that I can't see them because he erased them the next day. I did ask once or twice and he always

GA5

4/5

told me they were erased.

I thought that Ed was the answer to my single life. In mid 2001 (or about) I learned he was still married. That was the final straw for me. I was never fully comfortable with the relationship and what was viewed as a "normal" thing with ▓▓▓▓▓. I came to realize that all these evenings I drank wine to get through and that this was just horribly wrong. ▓▓▓▓ and I talked and ▓▓ did not care one way or the other as long as I was happy and ▓▓ thought Ed made me happy. I felt and told ▓▓ that he disgusted me and that ▓▓ would never see him again. We agreed, ▓▓▓▓ and I that that was the case and to that I think the last time ▓▓ saw him was sometime at a Tauck function in 2004 when I told Ed that this was over — it ended abruptly. He got very upset and mad at me and harassed me via email and phone which I ignored and just blew off.

Every so often Ed would bring this up over the past years and I would ignore it. Ed stopped for years telling me that it was my loss and he found someone else to "play" with. I became active in church, active in my ▓▓▓▓▓ education and buried all this in my mind. It is awful and a very embarrassing, wrong time in my life but I thought it was right at the time — at least Ed convinced me it was. Just

5/5

remembered, he brought ~~[redacted]~~ lingerie from Italy. Beautiful La Perla expensive thing and they were made for children — in children's sizes. Told me we would move to Italy or to Tahiti. I lived on Bora Bora for a while and he always said that in all other parts of the world this was normal. I just never saw it before. I believed him.

I have written this statement of 5 pages. to the best of my knowledge and belief that this statement is true. I have initialed each page of this statement and there are 5 pages

*[signature]*
03 OCT 2008
1715pm

witness
Rod Khattali
SSA / DHS ICE
10/3/08

witness
*[signature]*
ICE/ Ft. Pierce
10.3.08

**GA7**

## **CERTIFICATION OF SERVICE**

      I hereby certify that on November 26, 2012 a copy of the foregoing Government Appendix was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                          KRISHNA R. PATEL
                                          ASSISTANT UNITED STATES ATTORNEY